CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
JACOB T. S. VALENTINE, ESQ.
Nevada Bar No.: 16324
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: peterson@aclunv.org
          jvalentine@aclunv.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA, a domestic nonprofit organization; CORIE HUMPHREY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No.: 2:25-cv-00892<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES PENDING SETTLEMENT NEGOTIATIONS**<br><br>**(First Requested Extension)** |

Parties, by and through Counsel, hereby stipulate to extend all pending deadlines for a period of sixty (60) days so that Plaintiffs ACLU of Nevada and Corie Humphrey and Defendant CCSD may continue settlement discussions and negotiations without incurring unnecessary attorney fees and costs. The requested extension is submitted in good faith and not for the purposes of delay. This is the first request to extend discovery deadlines in this matter and there is good

cause for an extension of discovery deadlines as Parties are engaged in ongoing settlement negotiations.

1. Counsel for Plaintiffs and Defendant CCSD have discussed the possibility of settlement in this matter.

2. Negotiations, which contemplate an updated graduation regalia policy and overall settlement, have been ongoing.

3. On June 30, 2025, counsel for Plaintiffs emailed counsel for CCSD a proposed graduation regalia policy.

4. CCSD counsel expects to provide Plaintiffs with a response to the proposed policy on Friday, July 11, 2025.

5. Parties wish to continue exploring the possibility of settlement without incurring additional time and expense litigating this matter as would be required by the current schedule.

6. Parties believe an extension of sixty (60) days should be sufficient.

7. In order to focus Parties' time and resources on potential resolution, Parties wish to extend the deadline for Parties' submission of a proposed Discovery Plan and Scheduling Order, and the related deadline to complete a Rule 26(f) conference.

8. On June 20, 2025, Parties filed a joint status report stating their intent to submit a proposed Discovery Plan by July 20, 2025. *See* ECF No. 33. Parties request that this deadline be extended 60 days to **September 18, 2025**.

9. Parties have yet to confer under Fed. R. Civ. P. 26(f). The Parties will confer under Fed. R. Civ. P. 26(f) prior to submission of their proposed Discovery Plan and Scheduling Order.

10. Parties request that the triggering date for purposes of setting future discovery deadlines be extended for sixty (60) days. Specifically, Defendant CCSD's appearance date of May 25, 2025

1  will be applied as **Thursday, July 24, 2025**, for purposes of calculating future discovery related
2  deadlines based on Defendant's first appearance.
3     11. Parties hereby agree to reasonably cooperate in the exchange of information as needed to
4  facilitate settlement.
5
6     WHEREFORE, the parties respectfully request the Court enter an order granting an
7  extension of discovery deadlines for sixty (60) days.
8
9     DATED this 9th day of July, 2025.

| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| /s/ Christopher Peterson | /s/ Jacqueline V. Nichols |
| CHRISTOPHER M. PETERSON, ESQ. | PHILLIP N. SMITH JR., ESQ. |
| Nevada Bar No. 13932 | Nevada Bar No. 10233 |
| JACOB T. S. VALENTINE, ESQ. | JACQUELINE V. NICHOLS, ESQ. |
| Nevada Bar No. 16324 | Nevada Bar No. 14246 |
| 4362 W. Cheyenne Ave. | 6385 South Rainbow Blvd., Suite 400 |
| North Las Vegas, NV 89032 | Las Vegas, Nevada 89118 |
| Telephone: (702) 366-1226 | *Attorneys for Defendant* |
| Email: peterson@aclunv.org | *Clark County School District* |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED:  July 10, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2025, I electronically filed a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all participants by:

☒ CM/ECF

☐ Electronic mail; or

☐ US Mail or Carrier Service

          */s/ Christopher Peterson*
CHRISTOPHER M. PETERSON
An employee of the ACLU of Nevada