CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
JACOB T. S. VALENTINE, ESQ.
Nevada Bar No.: 16324
SAMANTHA R. KRONER, ESQ.
Nevada Bar No.: 17233
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: peterson@aclunv.org
          jvalentine@aclunv.org
          skroner@aclunv.org
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA, a domestic nonprofit organization; CORIE HUMPHREY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No.: 2:25-cv-00892<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order on February 17, 2026, ECF No. 74, Plaintiffs American Civil Liberties Union (ACLU) of Nevada and Corie Humphrey, and Defendant Clark County School District (CCSD), by and through their respective counsel, hereby submit this Joint Status Report informing the Settlement Judge of their settlement progress.

//

//

1

## I.    STATUS OF SETTLEMENT DISCUSSIONS

Since Parties' Joint Status Report, filed on February 13, 2026, ECF No. 73, Parties have exchanged multiple draft policies and now have a version whose substantive terms they have agreed upon in principle. Parties are still in discussions regarding Plaintiffs' attorneys' fees and costs and any other potential terms for settlement.

Parties do not believe that reconvening the settlement conference will be necessary at this time but anticipate they will need an additional two weeks to continue discussions as Counsel Christopher Peterson for the Plaintiffs will be out of the jurisdiction the week of March 9, 2026.

Parties continue to engage in settlement negotiations in good faith and there are no current disputes that require this Court's assistance.

Dated this 6th day of March, 2026.

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**

*/s/ Samantha R. Kroner*
SAMANTHA R. KRONER, ESQ.
Nevada Bar No. 17233
CHRISTOPHER M. PETERSON, ESQ.
JACOB T. S. VALENTINE, ESQ.
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Email: peterson@aclunv.org *Attorneys for Plaintiffs*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Phillip N. Smith, Jr.*
PHILLIP N. SMITH JR., ESQ.  Nevada Bar No. 10233
EVA J. GUEVARA-GUTIERREZ, ESQ.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County School District*

**IT IS SO ORDERED:** The parties shall file a "Stipulated Report" by March 31, 2026, informing the Court on the status of their settlement discussions.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3-11-26

2

**CERTIFICATE OF SERVICE**

I herby certify that on March 6, 2026, I electronically filed a true and correct copy of the forgoing JOINT STATUS REPORT. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all participants by:

☒    CM/ECF

☐    Electronic mail; or

☐    US Mail or Carrier Service


_/s/ Samantha Kroner_
SAMANTHA KRONER
An employee of the ACLU of Nevada

3