Phillip N. Smith Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant,*
*Clark County School District*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NEVADA, a domestic nonprofit organization; CORIE HUMPHREY, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>    Defendant. | Case No.: 2:25-cv-00892-JAD-MDC<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiffs THE AMERICAN CIVIL LIBERTIES UNION OF NEVADA and CORIE HUMPHREY, and Defendant CLARK COUNTY SCHOOL DISTRICT, by and through their undersigned counsel of record, that all Plaintiffs' claims against CLARK COUNTY SCHOOL DISTRICT in this case are and shall hereby be dismissed with prejudice, with CLARK COUNTY SCHOOL DISTRICT to bear their own attorneys' fees and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG WHEELER
HUDGINS GUNN & DIAL

costs.

DATED this 6th day of July, 2026.                DATED this 6th day of July, 2026.


*/s/ Phillip N. Smith, Jr.*                           */s/ Christopher M. Peterson*
Phillip N. Smith, Jr., Esq.                        Samantha R. Kroner, Esq.
Weinberg, Wheeler, Hudgins,                        Christopher M. Peterson, Esq.
 Gunn & Dial, LLC                                  Jacob T. S. Valentine, Esq.
6385 South Rainbow Blvd., Suite 400                4362 W. Cheyenne Ave.
Las Vegas, Nevada 89118                            North Las Vegas, NV 89032
*Attorneys for Defendant,*                          *Attorneys for Plaintiffs*
*Clark County School District*

## ORDER

Based on the parties' stipulation **[ECF No. 81]** and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 8, 2026